# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160846(25)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CHRISTOPHER REMINGTON LAWRENCE,
       Defendant-Appellant.

_____/

SC: 160846
COA: 350364
Wayne CC: 15-006895-FC

On order of the Chief Justice, the motion of defendant-appellant to file an amended application for leave to appeal is GRANTED. The amended application will be accepted for filing if submitted on or before August 3, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2020



Clerk